**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GALLERY ART GROUP, INC., and
KENNETH HENDEL,

Plaintiffs,

vs.

WILMA TISCH,

Defendant.

**Case No. 1:16-cv-21456 (MGC)**

**STIPULATION OF DISMISSAL**

WHEREAS Plaintiffs Gallery Art Group, Inc., and Kenneth Hendel commenced the above-captioned action against Defendant Wilma Tisch;

WHEREAS the Parties have agreed to settle the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that all claims against Wilma Tisch are voluntarily dismissed with prejudice and without costs or fees to any party.

Dated: ~~August~~ September 7, 2016

BOIES, SCHILLER & FLEXNER LLP

Luke Nikas
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
lnikas@bsfllp.com

*Attorneys for Wilma Tisch*

STOK FOLK & KON

Robert A. Stok
18851 NE 29th Avenue, Suite 1005
Harbour Centre
Aventura, Florida 33180
Telephone: (305) 935-4440
Facsimile: (305) 935-4470
RStok@stoklaw.com

*Attorneys for Gallery Art Group, Inc., and Kenneth Hendel*

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of ~~June~~ September, 2016.

MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE